U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

APR 0 1 2013

TONY R. MOORE, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERT K. ALEXANDER | CIVIL ACTION NO. 6:12-3050 |
| VERSUS | SECTION "P" |
| SHERIFF MICHAEL NEUSTROM | JUDGE HAIK |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's Motion to Stay [rec. doc. 3] is **DENIED** and that his Petition for *habeas corpus* relief is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27th day of March, 2013.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE